# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| BEAUMONT CHAPTER OF THE NAACP and JESSICA DAYE,<br><br>      Plaintiffs,<br><br>    v.<br><br>JEFFERSON COUNTY, TEXAS, JEFFERSON COUNTY COMMISSIONERS COURT, LAURIE LEISTER, in her official capacity as the JEFFERSON COUNTY CLERK, and MARY BETH BOWLING, in her official capacity as the PRESIDING JUDGE OF THE JOHN PAUL DAVIS COMMUNITY CENTER,<br><br>      Defendants. | Civil Action No. 22 Civ. 488 |

## [PROPOSED ORDER] GRANTING PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER

  Upon consideration of the Plaintiffs' emergency motion for a temporary restraining order, and all responses thereto, the Plaintiffs' emergency motion, including the the relief requested in the emergency motion, the Court finds that Plaintiffs have shown: (1) that Plaintiffs are substantially likely to succeed on the merits of their claims; (2) that there is a substantial threat of irreparable injury to Plaintiffs if a temporary restraining order is not granted; (3) that greater injury will result from denying the injunction than from its being granted; and (4) that the issuance of a temporary restraining order will serve the public interest.

  Accordingly, IT IS HEREBY ORDERED that Plaintiffs' emergency motion for a temporary restraining order is GRANTED, as follows:

(i) Defendant Mary Beth Bowling is prohibited from appearing, or serving as the presiding election judge or in any capacity as an election worker, at any voting center or polling location in Jefferson County on Election Day, November 8, 2022.

(ii) All election judges, clerks, workers, volunteers or watchers at the John Paul Davis Community Center are prohibited from:

   a. Requesting or ordering any voters to publicly recite their addresses before allowing them to vote;

   b. Positioning themselves near voters who are marking their ballots such that they can potentially view voters' selections;

   c. Refusing to assist any voters in inserting or scanning their completed ballot into the appropriate voting machine; or

   d. Turning away voters who are duly eligible to vote for any reason;

(iii) Defendant County Clerk Laura Leister is hereby ordered to send notice of this Order to all affected election judges, clerks, workers, volunteers and watchers, and fully implement this Order, no later than 9:00pm Central Time, November 7, 2022.

IT IS FURTHER ORDERED that the security or bond requirement for the temporary restraining shall not apply; and

IT IS FURTHER ORDERED that this Temporary Restraining Order shall expire _____ (\_\_) days after its entry; and

_____
UNITED STATES DISTRICT JUDGE