# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DIVISION: BEAUMONT | § | DATE:  11/7/22 |
| | § | |
| DISTRICT JUDGE: MICHAEL J. TRUNCALE | § | COURT REPORTER: April Hargett |
| | § | |
| BEAUMONT CHAPTER OF THE NAACP, ET AL | § | CIVIL NO.:  1:22CV488 |
| _Plaintiff_ | § | |
| | § | C/R DEPUTY: Jill Veazey |
| JEFFERSON COUNTY, TEXAS, ET AL | § | |
| _Defendant_ | | |

Begin:  6:38
Adjourn:  9:42
Total Time in Court:   3 HRS 4 MINS

Attorneys for Plaintiff:   Jeffrey Homrig, Nathaniel Bass
Attorneys for Defendant:  Kathleen Kennedy, Quentin Price

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD:   MOTION HEARING [DOC. 3] Emergency Motion of TRO

6:38     Court begins. Parties make announcements. Court addresses parties.

6:46     Mr. Homrig states argument on motion.

7:10     Ms. Kennedy addresses Court and states argument.

7:25     Ms. Kennedy calls Mary Beth Bowling to testify. Witness sworn.  Direct by Ms. Kennedy.

7:48     Cross-Exam by Mr. Homrig.

8:05     Re-Direct by Ms. Kennedy. 8:07 Witness excused.  Ms. Kennedy calls Laurie Leister to

testify.  Witness sworn. Direct by Ms. Kennedy.

8:49     Cross-Exam by Mr. Homrig.

8:54     Re-Direct by Ms. Kennedy. 8:56 Witness excused.

8:57     Court recessed.

9:14     Court resumed. Closing argument by Mr. Homrig.

9:25     Closing argument by Ms. Kennedy.

9:35     Court states ruling. Court grants in part/denies in part.

9:42     Court adjourned.

DAVID O'TOOLE, CLERK

/s/ _Jill Veazey_
Deputy Clerk