AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Beaumont Branch of the NAACP and Jessica Daye )<br>*Plaintiff* )<br>v. )<br>Jefferson County, Texas, et al. )<br>*Defendant* ) | Case No. 1:22-cv-00488-MJT |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Beaumont Branch of the NAACP and Jessica Daye.

Date: 02/10/2023

/s/ Heather Szilagyi
*Attorney's signature*

Heather Szilagyi, D.C. Bar No. 90006787
*Printed name and bar number*
Lawyers' Committee for Civil Rights Under Law
1500 K St. NW, Ste. 900
Washington, D.C. 20005
*Address*

hszilagyi@lawyerscommittee.org
*E-mail address*

(202) 662-8370
*Telephone number*

(202) 783-0857
*FAX number*