## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | |
|---|---|
| BEAUMONT BRANCH OF THE NAACP and JESSICA DAYE,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>JEFFERSON COUNTY, TEXAS, JEFFERSON COUNTY COMMISSIONERS COURT, ROXANNE ACOSTA-HELLBERG, in Her Official Capacity as the JEFFERSON COUNTY CLERK, and MARY BETH BOWLING, in Her Official Capacity as the PRESIDING JUDGE OF THE JOHN PAUL DAVIS COMMUNITY CENTER,<br><br>　　　　　　　Defendants. | C.A. No. 1:22-cv-00488 MJT |

### UNOPPOSED MOTION TO WITHDRAW L. ALLISON HERZOG AS COUNSEL OF RECORD FOR PLAINTIFFS

Plaintiffs Beaumont Branch of the NAACP and Jessica Daye ("Plaintiffs"), though undersigned counsel, hereby move for the withdrawal of L. Allison Herzog as counsel of record for Plaintiffs in the above-captioned matter. Ms. Herzog should also be removed from all services lists, including ECF service lists, and cease to be served with orders, motions, discovery, and all other documents subject to service and/or notice requirements in this proceeding.

The withdrawal of L. Allison Herzog is with the Plaintiffs' knowledge and consent, will not delay this proceeding, and will not prejudice any party. No other changes are requested regarding any other attorneys at Latham & Watkins LLP or the Lawyers' Committee for Civil Rights Under Law, and they shall continue acting as counsel of record for Plaintiffs. Defendants do not oppose this motion.

Dated: July 18, 2023　　　　　　　　　　　　/s/ L. Allison Herzog

Jeff Homrig (Bar No. 24129988)
Benjamin J. Behrendt (admitted *pro hac vice*)
Daniel S. Todd (admitted *pro hac vice*)
LATHAM & WATKINS LLP
301 Congress Avenue, Suite 900
Austin, TX 78701
Telephone: (737) 910-7300
Facsimile: (737) 910-7301
jeff.homrig@lw.com
benjamin.behrendt@lw.com
daniel.todd@lw.com


Sadik Huseny (admitted *pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
sadik.huseny@lw.com


Rachel W. Cohen (admitted *pro hac vice*)
L. Allison Herzog (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
rachel.cohen@lw.com
allison.herzog@lw.com


Nathaniel D. Bass (admitted *pro hac vice*)
LATHAM & WATKINS LLP
811 Main Street, Suite 3700
Houston, TX 77002
Telephone: (713) 546-5400
Facsimile: (713) 546-5401
nat.bass@lw.com


Jon Greenbaum
Ezra D. Rosenberg
Pooja Chaudhuri
Sofia Fernandez Gold

Heather Szilagyi
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
pchaudhuri@lawyerscommitee.org
sfgold@lawyerscommittee.org
hszilagyi@lawyerscommittee.org

*Attorneys for Plaintiffs Beaumont Chapter of the NAACP and Jessica Daye*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that counsel has complied with the meet and confer requirement in local rule CV-7(h) and this motion is unopposed.

*/s/ L. Allison Herzog*
L. Allison Herzog

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2023, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ L. Allison Herzog*
L. Allison Herzog
